## Henrietta Seaton, Appellee, v. Harold T. Seaton, Appellant.

### Gen. No. 44,405.

opinion filed
May 10, 1949; released for publication June 3, 1949. David A. Canel
and Leonard A. Canel, for appellant; Bartoline & Jones, for appellee.
Opinion by JUSTICE SCANLAN. Not to be published in full.